UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| CHARLES SMITH, | ) |  |
|---|---|---|
|  | ) |  |
| Petitioner, | ) |  |
| v. | ) | No. 1:15-cv-14-JMS-DML |
|  | ) |  |
| WENDY KNIGHT, Superintendent, | ) |  |
|  | ) |  |
| Respondent. | ) |  |

# FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58

The Court having this day directed the entry of final judgment, the Court now enters FINAL JUDGMENT in favor of the respondent and against the petitioner, Charles Smith.

Smith's petition for writ of habeas corpus is denied and the action is dismissed with prejudice.

Date: 05/12/2015

Laura A. Briggs, Clerk
BY: _____
Deputy Clerk, U.S. District Court

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Electronically Registered Counsel

Charles Smith, #218940
CORRECTIONAL INDUSTRIAL FACILITY
Inmate Mail/Parcels
5124 West Reformatory Road
PENDLETON, IN 46064